

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00377-CV

Patrick **MINOR**,
Appellant

v.

**RED HOOK CRAB SHACK LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19625
Honorable Aaron Haas, Judge Presiding

# O R D E R

On October 18, 2021, official court reporter, Mary Beth Sasala, filed a notification of late record indicating she has not been contacted by appellant, has not been told what part(s) of the record she must file, or the date any such record was taken.

We **order** the official court reporter, Mary Beth Sasala, to file, by **November 5, 2021**, the reporter's record of the proceedings held in *Patrick Minor v. Red Hook Cajun Sea Food*, Case No. 2020CI19625 on August 5, 2021 before the 285th District Court. If no record was taken of the proceedings on that date, we order Sasala to file a sworn statement, certifying she has examined her records and those of the 285th District Court and ascertained that no record was taken by her or by any substitute reporter of the proceeding in this case that resulted in the order granting summary judgment for the defendant signed on August 5, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court